# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>     Plaintiff,<br><br>v.<br><br>Panda Imperial Chinese Restaurant, Inc., et al.,<br><br>     Defendants. | Case No. 3:15-cv-02862-WQH-WVG<br><br>**Order re: Joint Motion for Dismissal** |

Upon consideration of the Joint Motion for Dismissal submitted by plaintiff Martin Vogel and defendants Panda Imperial Chinese Restaurant, Inc. dba Panda Imperial Chinese Restaurant; and MBW Partners, LP,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety as to all parties.

Dated: June 3, 2016

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court

*Vogel v. Panda Imperial Chinese Restaurant, Inc., et al.*   Case No. 3:15-cv-02862-WQH-WVG
Order re: Joint Motion for Dismissal
Page 1